LOS ANGELES SUPERIOR COURT
BC 368163
CC REMAND ORDER, DOCKET AND REMAND LETTER

O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA V. SPIRTOS; JOHN EARDLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFICA MORTGAGE FUND, LLC, a California Limited Liability Corporation; DOWNEY SAVINGS, INC., a California Corporation,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 08-05187 DDP (CWx)<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>[Motion filed on September 4, 2008] |

**I.   BACKGROUND**

　　Thelma Spirtos and John Eardley filed a lawsuit in state court against Pacifica Mortgage Fund, LLC ("Pacifica") and Downey Savings, Inc. on May 13, 2008, which sought to invalidate property liens of Pacifica's predecessor company. Pacifica filed a cross-complaint against Eardley on September 21, 2007, suing him under state law for equitable indemnity, apportionment and contribution, declaratory relief, and imposition of an equitable lien.

　　Thelma Spirtos, who was not named as a defendant in the cross-complaint, filed a notice of removal of the cross-complaint on

1  August 20, 2008, alleging that she is a "necessary and
2  indispensable party" and that she "holds title solely as Defendant
3  Roe 1."
4      Pacifica now brings a motion to remand the cross-complaint.
5  **II.   LEGAL STANDARD**
6      Removal statutes are strictly construed.  <u>Luther v.
7  Countrywide Home Loans Servicing, LP</u>, 533 F.3d 1031, 1034 (9th Cir.
8  2008)(citing <u>Gaus v. Miles, Inc.</u>, 980 F.2d 564, 566 (9th Cir.
9  1992).  A defendant has the burden to establish that removal is
10 proper, and any doubt is resolved against removal.  <u>Gaus</u>, 980 F.2d
11 at 566.
12 **III. DISCUSSION**
13     Notice of removal of a civil action or proceeding must be
14 filed within 30 days after the receipt by the defendant.  28 U.S.C.
15 1446(b).  Spirtos filed notice of removal on August 7, 2008, almost
16 one year after the cross-complaint was served on Eardley on
17 September 21, 2007.  Spirtos provides no explanation for this
18 delay.
19     Additionally, there is no basis for subject matter
20 jurisdiction in the cross-complaint, nor is one provided by
21 Spirtos.
22 **IV.  CONCLUSION**
23     The Court GRANTS the motion to remand.
24 IT IS SO ORDERED.
25
26 Dated: November 17, 2008
                                       _____
27                                          DEAN D. PREGERSON
                                         United States District Judge
28

2